■ ARTHUR C. SHAFER et al., Appellants, v. AUBURN PLASTICS, INC., Respondent.— Order and resettled order unanimously reversed, with $25 costs and disbursements and motion denied, without costs. Memorandum: The transfer of the place of trial in this action from New York County to Cayuga County was improper. The Winfield Baird Foundation was the original claimant and a corporation with its principal place of business located in New York

County. The assignment of its claim against the defendant herein entitled its assignees, the plaintiffs herein, under section 184-a of the Civil Practice Act to lay the venue of this action in New York County. (Appeal from order and resettled order of Onondaga Special Term granting the motion to change the place of trial from County of New York to County of Cayuga.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.